Opinion issued September 25, 2009














In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-09-00345-CR 

 01-09-00346-CR

____________


IN RE NATHAN J. ROSNOW, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Nathan J. Rosnow, is charged in County Criminal Court at Law No. 6
with the misdemeanor offenses of driving while intoxicated and failure to stop and
give information. Relator has filed a pro se petition for writ of mandamus that raises
issues related to a hearing on a motion to quash subpoena that was filed in trial court
numbers 1537035 and 1537036. We deny the petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).